Jimmy Lee Maddox filed a petition for a writ of habeas corpus and/or petition for a writ of error coram nobis attacking his conviction for forgery in the first degree. This court has consistently held that when a petition styled as a petition for a writ of habeas corpus is filed and the allegations raised in that petition are cognizable in a proceeding under Rule 32, A.R.Cr.P., the cause should be entertained in the court of original conviction and the petitioner should be given the opportunity to file a proper post-conviction petition as required by Rule 32.6(a). Drayton v. State, 600 So.2d 1088
(Ala.Crim.App. 1992) (and cases cited therein). Therefore, *Page 915 
this case is remanded to the circuit court with directions that the petition for a writ of habeas corpus be returned to the appellant so that he can have the opportunity to file a proper Rule 32 petition.
REVERSED AND REMANDED.
All the Judges concur except BOWEN, P.J., who dissents with opinion.